UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ALI CISSE,

                Plaintiff,

      -v-                                          9:22-CV-156 (AJB/MJK)

REGINALD BISHOP *et al.*,

                Defendants.
_____

**APPEARANCES:**                                                     **OF COUNSEL:**

ALI CISSE
Plaintiff, Pro Se
741 Hunts Point Avenue, #5G
Bronx, NY 10474

HON. LETITIA JAMES                               NICHOLAS W. DORANDO, ESQ.
New York State Attorney General              RACHAEL OUIMET, ESQ.
Attorneys for Defendants                            Assistant Attorneys General
The Capitol
Albany, NY 12224

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

      On February 17, 2022, *pro se* plaintiff Ali Cissé, formerly an individual in the custody of the New York State Department of Corrections and Community Supervision, filed this 42 U.S.C. § 1983 action alleging that thirty-eight corrections officials violated his civil rights while he was housed at Great Meadow Correctional Facility. Dkt. No. 1.

      The matter was initially assigned to Senior U.S. District Judge Thomas J. McAvoy, who conducted an initial review of the pleading and determined that plaintiff's § 1983 claims for retaliation, excessive force, due process, and a violation of privacy rights survived as to twelve

named defendants and one John Doe defendant. Dkt. No. 4. The named defendants answered, Dkt. No. 28, and the parties completed a period of discovery, *see* Dkt. No. 65. Thereafter, the named defendants moved for summary judgment against plaintiff's remaining claims. Dkt. No. 68. The motion was fully briefed. Dkt. Nos. 80, 86.

On February 26, 2025, U.S. Magistrate Judge Mitchell J. Katz advised by Report & Recommendation ("R&R") that defendants' motion should be granted, the John Doe defendant should be *sua sponte* dismissed, and that plaintiff's complaint should be dismissed in its entirety with prejudice. Dkt. No. 87.

Plaintiff has not lodged objections. The time period in which to do so has expired. *See* Dkt. No. 87. The matter has recently been reassigned to this Court for a decision. Dkt. No. 88. Upon review for clear error, the R&R will be accepted and adopted. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 87) is ACCEPTED;

2. Defendants' motion for summary judgment (Dkt. No. 68) is GRANTED; and

3. Plaintiff's complaint (Dkt. No. 1) is DISMISSED with prejudice.

The Clerk of the Court is directed to terminate the pending motions, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: March 27, 2025
Utica, New York.

Anthony J. Brindisi
U.S. District Judge